AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF   NEVADA

STUART M. ELLIFRITZ, et al,

      Plaintiff,          JUDGMENT IN A CIVIL CASE
  V.

                                  CASE NUMBER: 3:09-CV-00663-RCJ-VPC
NETBANK, et al.,

      Defendants.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that  the Motions to Dissolve Injunction, for Summary Judgment, and to Expunge Lis Pendens [49][50][51] and the Motion to Dismiss for Lack of Prosecution [52] are GRANTED.


 May 15, 2012                                                           **LANCE S. WILSON**
    Date                                                                             Clerk

                                                                      /s/   M. Campbell
                                                                         Deputy Clerk